

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00163-CR

**BRYAN THOMAS BOYCE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2000-275-C1

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal.  *See* Tex. R. App. P. 42.2(a).

We have not issued a decision in this appeal.  Appellant personally signed the motion.

Accordingly, the motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Motion granted; appeal dismissed
Opinion delivered and filed June 23, 2010
Do not publish
[CR25]